IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cr00090 SWW |
| | * | |
| | * | |
| JAMES BRUCE MORRIS and | * | |
| KAREN SUE MORRIS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

An agreed set of jury instructions is due no later than 12:00 p.m. on Friday April 1, 2011. The parties need not submit instruction for use prior to trial but need only submit agreed substantive instructions and verdict forms for the close of trial. The Court encourages the parties to reach agreement on as many instructions and verdict forms as possible. If, however, the parties cannot agree on certain instructions and/or verdict forms, they may each submit those instructions and/or verdict forms separately no later than 12:00 p.m. on Friday April 1, 2011.

IT IS SO ORDERED this 3rd day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE